IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND/GREENBELT

EDMUND AWAH                              *

    Plaintiff,                          *

v.                                       * Civil Action No.RWT-10-00885

MIDLAND CREDIT                           *
MANAGEMENT OF AMERICA
                                         *
    Defendant.
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO FILE APPEAL

Plaintiff Edmund Awah moves to file an appeal in respect of the above-captioned matter and in support states as follows: On September 20, 2011 Plaintiff mailed a letter to the Clerk of the court (copy enclosed), to serve as a notice of the appeal. On September 22, 2011 the Clerk called and informed Plaintiff that the format of the letter will not be accepted by the court for appeal notification.

In response, Plaintiff hereby submits this formal notice of appeal which must now be made as part of the record in this matter.

                                                          Respectfully submitted

                                                          Edmund Awah
                                                          P O Box 2944
                                                          Montgomery Village, MD 20886
                                                          Tel: 301 254 7362
                                                          Plaintiff in *Pro Se*

Dated: September 22, 2011

## CERTIFICATE OF SERVICE

I CERTIFY THAT on September 22, 2011 a copy of this motion was mailed first-class, postage prepaid to:

Birgit D. Stuart
The Law Offices of Ronald S. Canter LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20850

                                                          Edmund Awah