FILED: February 24, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2028
(8:10-cv-00885-RWT)

_____

EDMUND K. AWAH

    Plaintiff - Appellant

v.

MIDLAND CREDIT MANAGEMENT OF AMERICA

    Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered 02/02/12, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*